I. Benjamin Blady, Esq.– State Bar No. 162470
bblady@abmlawyers.com
Heather Appleton, Esq. – State Bar No. 162283
happleton@abmlawyers.com
APPLETON, BLADY & MAGNANIMO, LLP
12301 Wilshire Boulevard, Suite 202
Los Angeles, California 90025
Telephone:  (310) 474-7022
Facsimile:   (310) 474-7023

Attorneys for Plaintiff
David Thomas

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID THOMAS, | CASE NO.: CV06-6600-ODW (RCx) |
| Plaintiff, | CASE FILED: 10/17/06 |
| vs. | **ORDER RE: STIPULATION RE: DISMISSAL** |
| SLAUSON TRANSMISSION PARTS, INC., a California corporation, | ASSIGNED FOR ALL PURPOSES TO OTIS D. WRIGHT II, RM. 11 |
| Defendants. | |
| | DISCOVERY CUT-OFF:  8/6/07<br>MOTION CUT-OFF:  9/17/07<br>TRIAL DATE:  2/12/08 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice. The parties are to bear their own costs and attorney's fees.

Dated: February 1, 2008

_____
Honorable OTIS D. WRIGHT II
Judge, United States District Court

1
**ORDER RE: STIPULATION RE: DISMISSAL**

Client Files\THOM01\002\00021507.WPD